UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT S. HILLIARD, | ) |
| | ) CASE NO. C12-6022-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DIRECTING PLAINTIFF TO |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) FILE A FULLY COMPLETED IFP APPLICATION |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is incomplete. Sections 1, 3, 4, 5, 7 and 8 are incomplete and plaintiff did not sign either the declaration or the Written Consent for Payment of Costs. Plaintiff should be sure to include a description of his current means of support, including his monthly net salary and expenses. Plaintiff is directed to file the signed and dated form within **twenty (20)** days of the date of this Order.

DATED this 4th day of December, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO FILE
A FULLY COMPLETED IFP APPLICATION
PAGE -1